In the Matter of the Elimination of Crossings at Grade of THE PENNSYLVANIA RAILROAD COMPANY et al., Appellants, over the Farnham-Irving State Highway in Town of Brant; PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent. (Case No. 5389.)

In the Matter of Crossing of the FARNHAM-IRVING STATE HIGHWAY over the Right of Way of the NEW YORK CENTRAL RAILROAD, Appellant; PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent. (Case No. 5651.)

Argued October 5, 1938; decided February 21, 1939.

*Evan Hollister, Percy R. Smith, Frank Rumsey* and *Harold J. Adams* for Pennsylvania Railroad Company and New York, Chicago and St. Louis Railroad Company, appellants.

*Howard R. Sturtevant* and *John E. Leach* for New York Central Railroad Company, appellant.

*Sherman C. Ward* and *Gay H. Brown* for respondent.

Orders affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.